JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AALIYAH RENEE JONES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>INTELIFI INC.,<br><br>　　　　Defendant. | Case No. 2:22-cv-04470-RGK-E<br><br>Hon. Judge R. Gary Klausner<br><br>[PROPOSED] ORDER RE: STIPULATION OF DISMISSAL<br><br>[29] |

　　Plaintiff AALIYAH RENEE JONES ("Plaintiff"), and Defendant INTELIFI INC. ("INTELIFI") stipulate and agree that the claims raised by Plaintiff against INTELIFI in this action are dismissed with prejudice.

　　All pending dates are vacated. The Clerk shall close this action.

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: 6/15/2023

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon. Judge R. Gary Klausner